JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Chris Langer,

          Plaintiff,

v.

BMR2 Investments, LLC, et al.,

          Defendants.

Case No.  CV 18-03163-AB (KSx)


ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 17, 2018    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.